IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EDDIE JAMES MOULTRIE,**

   *Plaintiff,*

v.            **Case No.: 3:26cv3327-MW/HTC**

**GRIFFIN MOYLER, et al.,**

   *Defendants.*

_____/

<u>**ORDER ACCEPTING REPORT AND RECOMMENDATION**</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7. This Court has also considered, without hearing, Plaintiff's motion for extension of time to file objections. ECF No. 6. The motion for extension, ECF No. 6, is **GRANTED**. Having considered Plaintiff's objections,

 **IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** because he failed to truthfully disclose his litigation history and under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker, did not pay the filing fee when he commenced this case, and has not shown he faces imminent danger." Plaintiff's motion to exceed the page

limit, ECF No. 2, is **DENIED as moot**. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 3, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 5, 2026.**

**s/Mark E. Walker**
**United States District Judge**